RECEIVED
IN MONROE, LA
FEB 2 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| JIMMY JONES, ET AL | * | CIVIL ACTION NO. 05-1858 |
| VERSUS | * | JUDGE JAMES |
| FORD MOTOR CO., ET AL | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the defendant Richard Fewell Sr.'s Unopposed Motion to Dismiss pursuant to F.R.C.P. Rule 12(b) (Document No. 13) is hereby **GRANTED,** and the claims against him are dismissed with prejudice and at the plaintiffs' cost.

THUS DONE AND SIGNED this 22 day of February, 2006, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION